**2003–0595.   State v. Peoples.**

Franklin App. No. 02AP–363, 2003-Ohio-151. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed March 13, 2003:

"For the reasons stated in the memorandum decision of this court rendered herein on March 13, 2003, it is the order of this court that the motion to certify the judgment of this court as being in conflict with the judgment of the Court of Appeals for Lorain County in *State v. Vincer* (Sept. 22, 1999), Lorain App. No. 98CA007117, is sustained and, pursuant to Section 3(B)(4), Article IV, Ohio Constitution, the record of this case is certified to the Supreme Court of Ohio for review and final determination upon the following issue in conflict:

"Whether R.C. 2929.20(B)(3) as in effect until March 23, 2000, violates principles of equal protection set forth in the Ohio and United States Constitutions."

**2003–0597.   Williams v. Zurich Am. Ins. Co.**

Certified State Law Question, No. 302CV7300. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). Sue sponte, cause held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.*, Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

COOK, J., not participating.

**2003–0636.   State ex rel. Howard v. Seaway Foodtown, Inc.**

Franklin App. No. 00AP–1097. On amended motion for relief from judgment. Motion denied.

LUNDBERG STRATTON, J., would also order sanctions against appellant.

COOK, J., not participating.

**2003–0653.   State v. House.**

Cuyahoga App. No. 78239, 2002-Ohio-7227. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

COOK, J., not participating.

**2003–0661.   State v. Nero.**

Cuyahoga App. No. 81828. On motion for leave to file delayed appeal. Motion denied.

COOK, J., not participating.

**2003–0669.   In re Adaranijo.**

Hamilton App. Nos. C–020313 and C–020393. On motion stay of court of appeals' judgment. Motion denied.

COOK, J., not participating.

**2003–0709.   State v. Allison.**

Franklin App. No. 01AP–666, 2002-Ohio-522. On motion for leave to file delayed appeal. Motion denied.

COOK, J., not participating.

**2003–0745.   In re Estate of Williams.**

Mahoning App. No. 00CA109, 2003-Ohio-1436. On motion for stay of execution of sentence. Motion denied.

COOK, J., not participating.

**2003–0746.   In re Estate of Mercurio.**

Mahoning App. No. 00CA108, 2003-Ohio-1437. On motion for stay of execution of sentence. Motion denied.

COOK, J., not participating.